UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID CODREA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1275 (CKK) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's June 25, 2020 Order (ECF No. 7), the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On May 14, 2020, Plaintiff sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

The parties met and conferred regarding the scope of Plaintiff's request, and in the interest of obtaining records responsive to his request more expeditiously, Plaintiff has since agreed to narrow the scope of his request. The search for email and electronic records responsive to Plaintiff's request, as narrowed, is pending, and the Department anticipates that this search will be completed on or before October 9, 2020. The search for records responsive to Plaintiff's request is pending behind other searches in the Department's Office of Information Policy's ("OIP's") electronic search queue, and given the significant backlog of email and electronic records searches, OIP is not in a position to complete the search for Plaintiff's FOIA requests more quickly without displacing other equally-meritorious FOIA requests, many of which are expedited or narrower,

and many of which are on equal-footing in terms of custodians to be searched. Nonetheless, OIP notes that Plaintiff's agreement to narrow the scope of his request has been taken into account in this search estimate, and that in response to Plaintiff's narrowing, OIP was able to substantially reduce the projected search time (from upwards of a year, to two months).

Because the Department's search is ongoing, the Department is unable at this time to provide an anticipated number of documents that may be responsive to Plaintiff's FOIA request, if any, or an anticipated date for the release of documents. The Department will likely not at this time seek a stay under *Open America v. Watergate Special Prosecution*, 547 F.2d 605 (D.C. Cir. 1976). And the parties intend to discuss the need for summary judgment briefing once the Department's response to Plaintiff's FOIA request is complete.

Accordingly, the parties propose that they file another joint status report by October 16, 2020, providing the Court with a further update on the Department's processing of Plaintiff's FOIA request.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 4008<br>Madison, MS 39130<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Attorney for Plaintiff* | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>       MICHAEL A. TILGHMAN II<br>       D.C. Bar # 988441<br>       Assistant United States Attorney<br>       U.S. Attorney's Office, Civil Division<br>       555 Fourth Street, N.W.<br>       Washington, D.C. 20530<br>       (202) 252-7117<br>       Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: August 10, 2020