UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 20-1275 (CKK) <br> ) |
| DEPARTMENT OF JUSTICE, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On May 14, 2020, Plaintiff sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

As previously reported in the parties' August 10, 2020 Joint Status Report (ECF No. 8), the parties met and conferred regarding the scope of Plaintiff's request, Plaintiff agreed to narrow the scope of his request, and the search for email and electronic records responsive to Plaintiff's request, as narrowed, were still pending. Defendant has since received the results of this search. The search identified approximately 4,000 potentially responsive documents and approximately 14,000 potentially responsive items requiring review for responsiveness and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. Defendant is conferring with Plaintiff on options to narrow this corpus of material for review. Notwithstanding this potential narrowing, Defendant

- 2 -

proposes, and the parties agree, that Defendant will complete its initial responsiveness review and deduplication of these results on or before December 15, 2020, at which point, the parties will confer regarding a production schedule based on the volume of material initially found to be responsive to Plaintiff's request.

Accordingly, consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by November 16, 2020,[1] providing the Court with a further update on the Department's processing of Plaintiff's FOIA request.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Attorney for Plaintiff* | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Michael A. Tilghman II<br>      MICHAEL A. TILGHMAN II<br>      D.C. Bar # 988441<br>      Assistant United States Attorney<br>      U.S. Attorney's Office, Civil Division<br>      555 Fourth Street, N.W.<br>      Washington, D.C. 20530<br>      (202) 252-7117<br>      Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: October 15, 2020

---

[1] The Court's August 11, 2020 Minute Order required the parties to file a joint status report by October 15, 2020, and every 30 days thereafter.  Given that 30 days after October 15, 2020 falls on Saturday, November 14, 2020, the parties will file the next joint status report on the next business day, or November 16, 2020.