UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID CODREA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1275 (CKK) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On May 14, 2020, Plaintiff sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

As previously reported in the parties' October 15, 2020 Joint Status Report (ECF No. 9), the Department received the results of the search for material potentially responsive to Plaintiff's FOIA request. The search identified approximately 4,000 potentially responsive documents and approximately 14,000 potentially responsive items requiring review for responsiveness and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. The parties agreed that the Department will complete its initial responsiveness review and deduplication of these results on or before December 15, 2020, at which point, the parties will confer regarding a production schedule based on the volume of material initially found to be responsive to Plaintiff's request.

The parties have since conferred on options to narrow this corpus of material for review and Plaintiff agreed to omit unannotated press clippings and forwards thereof. While nearly complete, the initial responsiveness review and deduplication process is still ongoing, and the parties will confer again prior to the next joint status report.

Accordingly, consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by December 15, 2020, providing the Court with a further update on the Department's processing of Plaintiff's FOIA request.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>PO Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Attorney for Plaintiff* | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>         MICHAEL A. TILGHMAN II<br>         D.C. Bar # 988441<br>         Assistant United States Attorney<br>         U.S. Attorney's Office, Civil Division<br>         555 Fourth Street, N.W.<br>         Washington, D.C. 20530<br>         (202) 252-7117<br>         Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: November 16, 2020