UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 20-1275 (CKK) |
| DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report.

On May 14, 2020, Plaintiff David Codrea ("Plaintiff") sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

As previously reported in the parties' October 15, 2020 and November 16, 2020 Joint Status Reports (ECF Nos. 9, 10), the Department received the results of the search for material potentially responsive to Plaintiff's FOIA request. The search identified approximately 4,000 potentially responsive documents and approximately 14,000 potentially responsive items requiring review for responsiveness and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. The parties agreed that the Department would complete its initial responsiveness review and deduplication of these results on or before December 15, 2020, at which point, the parties would confer regarding

a production schedule based on the volume of material initially found to be responsive to Plaintiff's request.

The Department has completed its initial responsiveness review and deduplication of the search results after omitting unannotated press clippings and forwards thereof as agreed to by Plaintiff. The Department proposes, and Plaintiff agrees, that, within 60 days, the Department completes the processing of those materials initially found to be responsive, at which point, the Department will circulate those materials for consultation with other Executive Branch equity holders, additionally advising Plaintiff of its progress. The Department's Office of Information Policy will thereafter produce any non-exempt responsive records once the consultation process is complete. Accordingly, consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by January 14, 2021, providing the Court with a further update on the Department's processing of Plaintiff's FOIA request.

Respectfully submitted,

| /s/ Stephen D. Stamboulieh | MICHAEL R. SHERWIN |
|---|---|
| Stephen D. Stamboulieh | Acting United States Attorney |
| Stamboulieh Law, PLLC | |
| P.O. Box 428 | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Olive Branch, MS 38654 | Chief, Civil Division |
| (601) 852-3440 | |
| stephen@sdslaw.us | By:   /s/ Michael A. Tilghman II |
| DC District Court Bar# MS0009 |        MICHAEL A. TILGHMAN II |
| |        D.C. Bar # 988441 |
| *Attorney for Plaintiff* |        Assistant United States Attorney |
| |        U.S. Attorney's Office, Civil Division |
| |        555 Fourth Street, N.W. |
| |        Washington, D.C. 20530 |
| |        (202) 252-7117 |
| |        Michael.Tilghman@usdoj.gov |
| | *Attorneys for the United States of America* |

Dated: December 15, 2020