UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID CODREA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-1275 (CKK) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 14, 2020, Plaintiff David Codrea ("Plaintiff") sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

As previously reported in the parties' October 15, 2020 and November 16, 2020 Joint Status Reports (ECF Nos. 9, 10), the Department received the results of the search for material potentially responsive to Plaintiff's FOIA request. The search identified approximately 4,000 potentially responsive documents and approximately 14,000 potentially responsive items requiring review for responsiveness and deduplication. "Documents" include individual emails, computer files, and calendar items, while "items" additionally include attachments to emails. The parties agreed that the Department would complete its initial responsiveness review and deduplication of these results on or before December 15, 2020, at which point, the parties would confer regarding

a production schedule based on the volume of material initially found to be responsive to Plaintiff's request.

As reported in the parties' December 15, 2020 Joint Status Report (ECF No. 11), the Department completed its initial responsiveness review and deduplication of the search results after omitting unannotated press clippings and forwards thereof as agreed to by Plaintiff, and the parties agreed that, within 60 days, the Department would complete the processing of those materials initially found to be responsive. At that point, the Department will circulate those materials for consultation with other Executive Branch equity holders, additionally advising Plaintiff of its progress, and thereafter producing any non-exempt responsive records once the consultation process is complete.

The Department's processing of those materials initially found to be responsive is ongoing, and pursuant to the parties' agreement reported in the December 15, 2020 Joint Status Report, the Department anticipates that this process will be complete by February 16, 2021. Consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by February 16, 2021, providing the Court with a further update on the Department's processing of Plaintiff's FOIA request.

- 3 -

Respectfully submitted,

/s/ Stephen D. Stamboulieh  
Stephen D. Stamboulieh  
Stamboulieh Law, PLLC  
P.O. Box 428  
Olive Branch, MS 38654  
(601) 852-3440  
stephen@sdslaw.us  
DC District Court Bar# MS0009

*Attorney for Plaintiff*

Dated: January 14, 2021

MICHAEL R. SHERWIN  
Acting United States Attorney

BRIAN P. HUDAK  
Acting Chief, Civil Division

By:   /s/ Michael A. Tilghman II  
     MICHAEL A. TILGHMAN II  
     D.C. Bar # 988441  
     Assistant United States Attorney  
     U.S. Attorney's Office, Civil Division  
     555 Fourth Street, N.W.  
     Washington, D.C. 20530  
     (202) 252-7113  
     Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*