UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID CODREA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1275 (CKK) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JOINT STATUS REPORT

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 14, 2020, Plaintiff David Codrea ("Plaintiff") sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

As reported in the parties' February 16 and March 18, 2021 Joint Status Reports (ECF Nos. 13, 14), the Department completed its processing of those materials initially found to be responsive and circulated those materials for consultation with other Executive Branch equity holders. The consultation process is still ongoing. Once the consultation process is complete, which the Department anticipates will occur prior to the next scheduled joint status report, the Department will provide Plaintiff its response regarding any non-exempt, responsive records.

Consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by May 19, 2021, providing the Court with a further update on the Department's processing of the Plaintiff's FOIA request.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Attorney for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
        MICHAEL A. TILGHMAN II
        D.C. Bar # 988441
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-7113
        Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: April 19, 2021