UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| DAVID CODREA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1275 (CKK) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 14, 2020, Plaintiff David Codrea ("Plaintiff") sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment.  Compl. (ECF No. 1) ¶ 7.

As reported in the parties' prior joint status reports, the Department completed its processing of those materials initially found to be responsive and circulated those materials for consultation with other Executive Branch equity holders.  The Department previously anticipated that the consultation process would be complete and that it could provide a response to Plaintiff by May 19, 2021.  However, the consultation process is still ongoing.  Once the consultation process is complete, which the Department now anticipates will occur prior to the next scheduled joint status report, the Department will provide Plaintiff its response regarding any non-exempt, responsive records.

Consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by June 18, 2021, providing the Court with a further update on the Department's processing of Plaintiff's FOIA request.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Attorney for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:    /s/ Michael A. Tilghman II
       MICHAEL A. TILGHMAN II
       D.C. Bar # 988441
       Assistant United States Attorney
       U.S. Attorney's Office, Civil Division
       555 Fourth Street, NW
       Washington, DC 20530
       (202) 252-7113
       Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*

Dated: May 19, 2021