UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID CODREA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1275 (CKK) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 14, 2020, Plaintiff David Codrea ("Plaintiff") sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

As reported in the parties' prior joint status reports, the Department completed its processing of those materials initially found to be responsive and circulated those materials for consultation with other Executive Branch equity holders. The Department previously anticipated that the consultation process would be complete and that it could provide a response to Plaintiff by May 19, 2021. However, while nearly complete, the consultation process is still ongoing. Once the consultation process is complete, which the Department anticipates will occur prior to the next scheduled joint status report, the Department will provide Plaintiff its response regarding any non-exempt, responsive records.

- 2 -

Consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by July 19, 2021,[1] providing the Court with a further update on the Department's processing of the Plaintiff's FOIA request.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Attorney for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>         MICHAEL A. TILGHMAN II<br>         D.C. Bar # 988441<br>         Assistant United States Attorney<br>         U.S. Attorney's Office, Civil Division<br>         555 Fourth Street, NW<br>         Washington, DC 20530<br>         (202) 252-7113<br>         Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: June 18, 2021

---

[1] The Court's August 11, 2020 Minute Order required the parties to file a joint status report by October 15, 2020, and every 30 days thereafter. Given that 30 days after June 18, 2021 falls on Sunday, July 18, 2021, the parties will file the next joint status report on the next business day, Monday, July 19, 2021.