UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CODREA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-1275 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2020 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

On May 14, 2020, Plaintiff David Codrea ("Plaintiff") sued the Department of Justice (the "Department"), alleging the Department is unlawfully withholding records responsive to his January 28, 2020 Freedom of Information Act ("FOIA") request seeking certain documents related to the Second Amendment. Compl. (ECF No. 1) ¶ 7.

The parties informed the Court in their July 19, 2021 Joint Status Report (ECF No. 18) that the Department completed its processing of those materials initially found to be responsive and intended to provide Plaintiff its response regarding any non-exempt, responsive records by August 6, 2021. On August 6, 2021, the Department provided its final response to Plaintiff's FOIA request.

The only issue that remains in this case is Plaintiff's request for attorney's fees and costs. On August 17, 2021, Plaintiff provided its proposal to resolve that issue. The Department needs additional time to consider its position in response. Consistent with the Court's August 11, 2020 Minute Order, the parties will file another joint status report by September 17, 2021.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS 38654<br>(601) 852-3440<br>stephen@sdslaw.us<br>DC District Court Bar# MS0009<br><br>*Attorney for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>     MICHAEL A. TILGHMAN II<br>     D.C. Bar # 988441<br>     Assistant United States Attorney<br>     U.S. Attorney's Office, Civil Division<br>     555 Fourth Street, NW<br>     Washington, DC 20530<br>     (202) 252-7113<br>     Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated: August 18, 2021