UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID CODREA,
    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
    Defendant.

Civil Action No. 20-1275 (CKK)

**ORDER**
(September 16, 2021)

In light of the parties' [20] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 16th day of September, 2021, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge